11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Lone Star Transmission, LLC,                    * From the 91st District
                                                   Court of Eastland County,
                                                   Trial Court No. CV1242569.

Vs. No. 11-13-00014-CV                          * November 7, 2013

Wilks Ranch Texas, Ltd.,                        * Per Curiam Memorandum Opinion
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

        This court has considered Lone Star Transmission, LLC and Wilks Ranch Texas, Ltd.'s joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the trial court's judgment is set aside; this case is remanded to the trial court for further proceedings in accordance with the parties' settlement agreement; and the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring the same.